# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JUSTIN WASHAM and AARON MUSCALINO             PLAINTIFFS

v.             NO. 2:10CV00150 JLH

WILLBROS CONSTRUCTION (U.S.), LLC             DEFENDANT

## STIPULATION AND ORDER OF DISMISSAL

This matter comes before the Court upon the representation of Plaintiffs and Defendant, that all claims of Plaintiffs against Defendant set forth in this lawsuit have been settled.

IT IS THEREFORE ORDERED THAT the Plaintiffs' Complaint is hereby dismissed with prejudice.

DATED THIS 26th DAY OF January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE